UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE DEON CARROLL, | No. 2:16-cv-2493-EFB P |
| Plaintiff, | |
| v. | ORDER |
| SPEARMAN, Warden, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel. On October 13, 2016, an action was opened in this court when plaintiff submitted a one-page filing entitled "Petition for Preliminary Injunctive Relief, Temporary Restraining Order, Appointment of Counsel." *Carroll v. Spearman*, No. 2:16-cv-2443-EFB (E.D. Cal.). On October 19, 2016, this action was opened when plaintiff submitted a civil rights complaint, a motion for leave to proceed in forma pauperis, and a request for appointment of counsel. ECF Nos. 1, 2, 3. Upon review, it appears that this action was opened as a new case in error and that the Clerk of the Court should have filed plaintiff's pleadings in the already pending action, Case No. 2:16-cv-2443-EFB. Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to re-file ECF Nos. 1, 2, and 3 in Case No. 2:16-cv-2443-EFB.

/////

1    2.  The Clerk of the Court is directed to close this action.

2   DATED:  October 24, 2016.

3   _____
    EDMUND F. BRENNAN
4   UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28